IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL VALENTINE GARDNER                                          PETITIONER

v.                    NO. 3:21-cv-00033 KGB-PSH

DEXTER PAYNE                                                        RESPONDENT

## ORDER

Petitioner Michael Valentine Gardner ("Gardner") began this case by filing a pleading in which he alleged that Arkansas Division of Correction officials are erroneously preventing him from becoming parole eligible. Respondent Dexter Payne ("Payne") has now filed a response to the pleading. In the response, Payne maintains that this case should be dismissed for the following reasons:

> First, Gardner's claims are not cognizable and relief is not available to him;

> Second, assuming the claims are cognizable and are available to him, they are procedurally barred from federal court review; and

Third, notwithstanding the foregoing, the claims are without merit. Before giving serious consideration to Payne's assertions, the Court accords Gardner an opportunity to file a reply. In the reply, Gardner should explain why this case should not be dismissed for the reasons advanced by Payne. Gardner is given up to, and including, January 6, 2022, to file a reply.

IT IS SO ORDERED this 6th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE