IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL VALENTINE GARDNER                                                PETITIONER

v.                         NO. 3:21-cv-00033 KGB-PSH

DEXTER PAYNE                                                             RESPONDENT

ORDER

Petitioner Michael Valentine Gardner ("Gardner") began this case by filing a pleading in which he alleged that Arkansas Division of Correction ("ADC") officials are erroneously preventing him from becoming parole eligible. Respondent Dexter Payne ("Payne") filed a response to the pleading in which he maintained, in part, that Gardner's claims are "plainly without merit." See Docket Entry 13 at CM/ECF 11. As a part of so maintaining, Payne alleged that Gardner was previously convicted of a felony in California, which disqualifies Gardner from being parole eligible under Arkansas law. Payne supported his assertion by citing the Court to a Director's response to one of Gardner's ADC grievances. See Docket Entry 13 at CM/ECF 3 (citing Respondent's Exhibit B at 7).

The Court has begun reviewing the record in this case. In doing so, the Court has reviewed the Director's response cited by Payne. The only mention of Gardner's prior offenses in the Director's response appears to be as follows: "Due to your past and current convictions, you fall under Act 1805." See Docket Entry 13, Exhibit B at CM/ECF 7. Assuming the foregoing is indeed the only mention of Gardner's prior offenses mentioned in the Director's response, the representation does not establish that Gardner was previously convicted of a felony in California, which disqualifies Gardner from being parole eligible under Arkansas law.

Given this lack of clarity, the Court would benefit from a supplemental response by Payne. In the supplemental response, Payne should provide proof that Gardner was previously convicted of a felony in California, which disqualifies Gardner from being parole eligible under Arkansas law. Payne is given up to, and including, January 25, 2022, to file his supplemental response.

IT IS SO ORDERED this 19th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE