IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL VALENTINE GARDNER                                                                PETITIONER

v.                                    Case No. 3:21-cv-00033 KGB-PSH

DEXTER PAYNE                                                                                    RESPONDENT

## ORDER

The Court has received the Findings and Recommendation ("Recommendations") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 25). No party has filed objections to the Recommendations, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses with prejudice Mr. Gardner's petition for writ of *habeas corpus*; the relief requested is denied (Dkt. No. 3). The Court declines to issue a certificate of appealability because Mr. Gardner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c).

It is so ordered this 6th day of February, 2023.

Kristine G. Baker
United States District Judge