# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL VALENTINE GARDNER**                                                           **PETITIONER**

v.                            Case No. 3:21-cv-00033 KGB-PSH

**DEXTER PAYNE**                                                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Michael Valentine Gardner's petition for writ of habeas corpus is denied and dismissed with prejudice (Dkt. No. 3).

So adjudged this 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge